1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

**ANTHONY ROGERS, CARL SCHENK, and CHANEL PIERRE,** individually and on behalf of all others similarly situated,

                Plaintiffs,

                v.

**COVENANT TRANSPORT, INC.**, a Foreign Profit Corporation, and **DOES 1-10**, inclusive,

                Defendant.

Case No. 2:24-cv-01043-RAJ

**FIRST AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF WASHINGTON'S WAGE TRANSPARENCY LAW (RCW 49.58.110)**

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

Plaintiffs Anthony Rogers, Carl Schenk, and Chanel Pierre ("Plaintiffs"), by and through their undersigned attorneys and on behalf of themselves and all others similarly situated, complain and allege the following:

## I.    NATURE OF ACTION

1.    This is a class action pursuant to Wash. Super. Ct. Civ. R. 23 against Defendant Covenant Transport, Inc. and its subsidiaries and affiliated companies, and DOES 1-10, inclusive ("Doe Defendants") (together "Defendant"), for engaging in a systematic scheme of failing to include the wage scale, salary range, and/or a general description of all benefits and other compensation to be offered in job openings.

2.    Plaintiffs seek statutory penalties, attorneys' fees, and costs for Defendant's failure to include the wage scale, salary range, and/or a general description of all benefits and other compensation to be offered in its job openings under RCW 49.58.110 and 49.58.070(1)

## II.    THE PARTIES

3.    Plaintiff Rogers, who at all relevant times was a resident of Tacoma, Washington, applied for a truck driver job position in Washington State with Defendant in or around May 2024. Plaintiff Schenk, who at all relevant times was a resident of Airway Heights, Washington, applied for a truck driver job position in Washington State with Defendant in or around 2023. Plaintiff Pierre, who at all relevant times was a resident of Tacoma, Washington, applied for a truck driver job position in Washington State with Defendant in or around 2023. Defendant's job postings do not disclose the wage scale, salary range, or a general description of the benefits and other compensation to be offered. Plaintiffs seek to represent a class of all individuals who, from January 1, 2023 through the present (the "Class Period") applied for a job in the State of Washington with Defendant where the job posting did not disclose the wage scale or salary range for the position.

4.    Defendant is a trucking company with primary capabilities in expedited, dedicated, warehousing, and managed freight transportation. Defendant has its principal place of business in Chattanooga, Tennessee, and, with its related entities, has a network of locations and operations in the United States and within Washington, including in East Wenatchee, Everett, Fife, Seattle, and Union Gap.

FIRST AMENDED CLASS ACTION COMPLAINT – 2

5.      Plaintiffs are ignorant of the true names and capacities, whether individual, corporate, associate, or otherwise, of Doe Defendants sued herein as DOES 1 through 10, inclusive, and, therefore, sue these Defendants by such fictitious names. Plaintiffs will amend this Complaint to allege their true names and capacities when ascertained. Plaintiffs are informed and believe and thereon allege that each of these fictitiously named Doe Defendants is responsible in some manner for the occurrences herein alleged, and that Plaintiffs' damages, as herein alleged, were proximately caused by such Doe Defendants.

### III.     JURISDICTION & VENUE

6.      Venue is proper in this judicial district because this is the Court encompassing where this action is currently pending 28 U.S.C. section 1441(a). Venue is proper in Seattle because this action was brought in King County. *See* 28 U.S.C. section 1441(a).

### IV.     FACTUAL ALLEGATIONS

7.      On information and belief, during the Class Period, Defendant fielded employment applications from hundreds of individuals for jobs in Washington State.

8.      <u>Facts and Law Regarding Defendant's Violations of RCW 49.58.110(1):</u> Effective January 1, 2023, employers in Washington must disclose in each posting for each job opening, the wage scale or salary range and a general description of all of the benefits and other compensation to be offered to the hired applicant. RCW 49.58.110(1). For the purposes of RCW 49.58.110, "posting" means any solicitation intended to recruit job applicants for a specific available position, including recruitment done directly by an employer ***or indirectly through a third party***, and includes any postings done electronically, or with a printed hard copy, that includes qualifications for desired applicants. RCW 49.58.110(1) (emphasis added). This section only applies to employers with 15 or more employees. RCW 49.58.110(3). At all relevant times, Defendant employed more than 15 individuals.

9.      From January 1, 2023 to the present, Plaintiffs and the Class Members applied to job openings with Defendant for positions located in Washington State where Defendant's job postings did not disclose the wage scale, salary range, and/or a general description of the benefits and other compensation to be offered.

FIRST AMENDED CLASS ACTION COMPLAINT – 3

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

10.     Specifically, in or around 2023 and May 2024, Plaintiffs applied for job openings in Washington State with Defendant. Defendant's job postings do not disclose the wage scale, salary range, or a general description of the benefits and other compensation to be offered. True and correct copies of Defendant's driver opportunity job postings during the Class Period on the Pulse cell phone application and Defendant's company website are attached hereto as **Exhibit A** (last accessed May 22 and 29, 2024), which state, as they relate to compensation, "Drivers will earn up to $0.72/mile. Pay is based on verified experience". There was and is no range of possible salaries stated, nor was or is there any wage scale of what truck drivers earn included in the job postings. On information and belief, most or all of Defendant's job postings for jobs in Washington include the same language when referring to compensation, including those job postings done indirectly through a third party.

11.     Plaintiffs and the Class Members lost valuable time applying for jobs with Defendant for which the wage scale or salary range was not disclosed to them.

12.     As a result of Plaintiffs' and Class Members' inability to evaluate the pay for the position, negotiate that pay, and compare that pay to other available positions in the marketplace, Plaintiffs and the Class Members were harmed.

## V.     CLASS ACTION ALLEGATIONS

13.     Plaintiffs bring this case as a class action pursuant to CR 23 on behalf of the following Class (the "Class" or "Class Members"):

> **All individuals who, from January 1, 2023 through the present (the "Class Period") applied for a job opening in the State of Washington with Defendant where the job posting did not disclose the wage scale or salary range for the position[1]**

14.     Plaintiffs reserve the right to amend or modify the class descriptions with greater specificity, by division into subclasses, or by limitation to particular issues.

---

[1] Plaintiffs reserve the right to modify the Class definition at a later date to conform to new facts learned, including the properly named entity Defendant(s). Plaintiffs also reserve the right to move for certification on certain claims as to certain subclasses.

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

15.    On information and belief, there are estimated to be hundreds of individuals in the Class. Given Defendant's systemic failure to comply with RCW 49.58.110(1), the members of the Class are so numerous that joinder of all members is impractical.

16.    Plaintiffs' claims are typical of the claims of the members of the Class because they applied for employment with Defendant during the Class Period and they sustained damages arising out of Defendant's failure to include the wage scale and salary range on job postings during the Class Period.

17.    Plaintiffs will fairly and adequately represent the interests of the Class. Plaintiffs have no conflicts of interest with any member of the Class. Plaintiffs have retained competent and experienced counsel in complex class action litigation. Plaintiffs' counsel has the expertise and financial resources to adequately represent the interests of the Class.

18.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Plaintiffs and the Class are the following:

a.    Whether Plaintiffs and Class Members applied for jobs with Defendant during the Class Period where Defendant's job postings failed to include the wage scale, salary range, and/or a general description of the benefits and other compensation to be offered;

b.    Whether Defendant violated RCW 49.58.110(1) by failing to disclose the wage scale, salary range, and/or a general description of the benefits and other compensation to be offered in job postings during the Class Period;

c.    The proper formula(s) for calculating damages and interest owed to Plaintiffs and Class Members; and

d.    The nature and extent of class-wide damages and the measure of damages for the Class.

19.    Class action treatment is superior to any alternative to ensure the fair and efficient adjudication of the controversy alleged herein. Such treatment will permit a large number of similarly situated persons to prosecute their common claims in a single forum simultaneously, efficiently, and without duplication of effort and expense that numerous individuals would entail.

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

No difficulties are likely to be encountered in the management of this class action that would preclude its maintenance as a class action, and no superior alternative exists for the fair and efficient adjudication of this controversy. The Class Members are readily identifiable from Defendant's employee rosters, HR databases, payroll records, and/or job applicant records.

20.    Defendant's actions are generally applicable to each member of the Class. Prosecution of separate actions by individual members of the Class creates the risk of inconsistent or varying adjudications of the issues presented herein, which, in turn, would establish incompatible standards of conduct for Defendant.

21.    Because joinder of all members is impractical, a class action is superior to other available methods for the fair and efficient adjudication of this controversy. Furthermore, the amounts at stake for many members of the Class, while substantial, may not be sufficient to enable them to maintain separate suits against Defendant.

## VI.    CAUSE OF ACTION
### Violation of RCW 49.58.110

22.    Plaintiffs re-allege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

23.    Effective January 1, 2023, employers must disclose in each posting for each job opening, the wage scale or salary range and a general description of all of the benefits and other compensation to be offered to the hired applicant. RCW 49.58.110(1). For the purposes of RCW 49.58.110, "posting" means any solicitation intended to recruit job applicants for a specific available position, including recruitment done directly by an employer or indirectly through a third party, and includes any postings done electronically, or with a printed hard copy, that includes qualifications for desired applicants. RCW 49.58.110(1). This section only applies to employers with 15 or more employees. RCW 49.58.110(3).

24.    As described above, Defendant did not disclose the wage scale, salary range, and/or a general description of the benefits and other compensation to be offered in its job postings.

25.    Starting January 1, 2023, Plaintiffs and the Class applied for job openings with Defendant where the job postings did not disclose the wage scale, salary range, and/or a general

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

description of the benefits and other compensation to be offered. Accordingly, Defendant violated RCW 49.58.110(1).

26.   A job applicant or an employee is entitled to the remedies in RCW 49.58.060 and 49.58.070 for violations of this section. RCW 49.58.110(4). An employee may bring a civil against an employer for . . . statutory damages equal five thousand dollars . . . interest of one percent per month on all compensation owed; and costs and reasonable attorneys' fees. The court may also order reinstatement and injunctive relief. RCW 49.58.070(1).

27.   Plaintiffs and Class Members are entitled to statutory damages, plus interest, and attorneys' fees and costs, under RCW 49.58.070(1).

## VII.   PRAYER FOR RELIEF

Wherefore, Plaintiffs, on behalf of themselves and the members of the Class, pray for judgment against Defendant as follows:

A.   An Order that this action may proceed and be maintained as a class action, certifying the Class as defined above for the Class Period defined above;

B.   A declaratory judgment that Defendant violated RCW 49.58.110(1);

C.   An award of statutory damages of five thousand dollars to Plaintiffs and Class Members, pursuant to RCW 49.58.070(1), plus interest, and reasonable attorneys' fees and costs; and

D.   All other relief this Court deems proper.

Dated this 5th day of September, 2024.          Respectfully submitted,

**ACKERMANN & TILAJEF, P.C.**

By:     */s/Craig J. Ackermann*
        Craig J. Ackermann, WSBA #53330
        Brian Denlinger, WSBA #53177
        Avi Kreitenberg, WSBA #53294
        ACKERMANN & TILAJEF, P.C.
        2602 North Proctor Street, Suite 205
        Tacoma, Washington 98406
        Telephone: (310) 277-0614
        Facsimile: (310) 277-0635

cja@ackermanntilajef.com
bd@ackermanntilajef.com
ak@ackermanntilajef.com

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

# EXHIBIT A
## to Plaintiffs' First Amended Complaint



## Covenant Transport
### Team Driver

**Apply Now**

---

## Hiring Locations



---

## Job Description

### CDL-A TEAM DRIVER | HOME WEEKLY OR EVERY OTHER WEEK | UP TO $0.72/MILE

**Home Time:** Weekly or Every Other Week depending on driver's domicile

CDL-A Team Drivers needed.  Covenant is the top teaming carrier in transportation. We've

built our business on teaming and we are the
leader in team freight.

## Compensation

Drivers will earn up to $0.72/mile.  Pay is based
on verified experience.

## Benefits

Covenant offers a comprehensive benefits
program.  On the 1st day of the month
following 60 days of active service, you may
elect to participate in the following employee
benefit plans: Medical, Dental, Vision, Optional
Life, Optional STD/LTD, and Flexible Spending
Accounts.  Following 180 days of active service,
you may elect to participate in the company's
401(k) plan.  If you miss the deadline, you will
not be able to elect benefits until open
enrollment of each year.

**Call 423-463-3081 to talk to one of our
recruiters today!**

## About Covenant

**Covenant is proud to offer the industry's
best benefits with all truck driver jobs.
Whether you're a company driver or Owner
Operator looking for the perfect place, all
truck drivers can work with our personalized
orientation reps and the Covenant driver**

**Call 423-463-3081 to talk to one of our recruiters today!**

**About Covenant**

**Covenant is proud to offer the industry's best benefits with all truck driver jobs. Whether you're a company driver or Owner Operator looking for the perfect place, all truck drivers can work with our personalized orientation reps and the Covenant driver advocate to work out a run and benefits that are just right for them and their lifestyles.  At Covenant, you're a driver, not a number, so let us show you how we're dedicated to making things "Just Right" for you.**

Covenant is an Equal Opportunity Employer M/F/Disability/Veteran
VEVRAA Federal Contractor

## Job Requirements

**Basic Requirements:**
- Must have a valid class A License
- Moving Violations: No more than 1 serious traffic violations in the last year.
- Accidents: No critical accidents in the last year
- DUI: None in the last 4 years



APPLY NOW          CALL NOW          QUICK APP

🔍 SEARCH MORE JOBS          FOR STUDENTS

# CDL-A Company Driver Team Dry Van OTR Job Opportunity

**CDL-A TEAM DRIVER | HOME WEEKLY OR EVERY OTHER WEEK | UP TO $0.72/MILE**

**Home Time:** Weekly or Every Other Week depending on driver's domicile

CDL-A Team Drivers needed in your area. Covenant is the top teaming carrier in transportation. We've built our business on teaming and we are the leader in team freight.

**Compensation**

Drivers will earn up to $0.72/mile. Pay is based on verified experience.

**Benefits**

Covenant offers a comprehensive benefits program. On the 1st day of the month following 60 days of active service, you may elect to participate in the following employee benefit plans: Medical, Dental, Vision, Optional Life, Optional STD/LTD, and Flexible Spending Accounts. Following 180 days of active service, you may elect to participate in the company's 401(k) plan. If you miss the deadline, you will not be able to elect benefits until open enrollment of each year.

**Call 423-463-3081 to talk to one of our recruiters today!**

**About Covenant**



APPLY NOW       CALL NOW       QUICK APP

**you how we're dedicated to making things "Just Right" for you.**

Covenant is an Equal Opportunity Employer
M/F/Disability/Veteran
VEVRAA Federal Contractor



**Basic Requirements:**
- Must have a valid class A License
- Moving Violations: No more than 1 serious traffic violations in the last year.
- Accidents: No critical accidents in the last year
- DUI: None in the last 4 years

LeadFlex Job ID: 102615
External ID: 774
Post Date: 05/15/2024

APPLY NOW

CALL (888) 477-1282

*Quick App*



APPLY NOW

| CALL NOW |
| --- |

QUICK APP

**Cell Phone** *                    **Email** *

**City** *

**State** *                         **Zip** *

--Select--

**Do you have a CDL-A?** *

Select an option

**How much CDL-A driving experience do you have?** *

**Are you willing to run with a team partner?** *

Select an option

☑ I hereby consent to receive auto-dialed and/or pre-recorded calls and/or SMS (text messages) from or on behalf of Covenant at the telephone number provided above.

Submit



APPLY NOW

CALL NOW

QUICK APP

## Links

🔍 Search Jobs

Driving Opportunities

## Contact

✏️ Driver Application

📱 (888) 477-1282

## Site Use

🛡️ Privacy Policy

📄 Affirmative Action Policy



APPLY NOW                 CALL NOW                 QUICK APP

SEARCH MORE JOBS         FOR STUDENTS

## *CDL-A Company Driver Team Dry Van OTR Job Opportunity*

**CDL-A TEAM DRIVER | HOME WEEKLY OR EVERY OTHER WEEK | UP TO $0.72/MILE**

**Home Time:** Weekly or Every Other Week depending on driver's domicile

CDL-A Team Drivers needed in your area. Covenant is the top teaming carrier in transportation. We've built our business on teaming and we are the leader in team freight.

**Compensation**

Drivers will earn up to $0.72/mile. Pay is based on verified experience.

**Benefits**

Covenant offers a comprehensive benefits program. On the 1st day of the month following 60 days of active service, you may elect to participate in the following employee benefit plans: Medical, Dental, Vision, Optional Life, Optional STD/LTD, and Flexible Spending Accounts. Following 180 days of active service, you may elect to participate in the company's 401(k) plan. If you miss the deadline, you will not be able to elect benefits until open enrollment of each year.

**Call 423-463-3081 to talk to one of our recruiters today!**

**About Covenant**



APPLY NOW        CALL NOW        QUICK APP

**you how we're dedicated to making things "Just Right" for you.**

Covenant is an Equal Opportunity Employer
M/F/Disability/Veteran
VEVRAA Federal Contractor



**Basic Requirements:**
- Must have a valid class A License
- Moving Violations: No more than 1 serious traffic violations in the last year.
- Accidents: No critical accidents in the last year
- DUI: None in the last 4 years

LeadFlex Job ID: 102610
External ID: 774
Post Date: 05/15/2024

APPLY NOW

CALL (888) 477-1282

*Quick App*



APPLY NOW          CALL NOW          QUICK APP

**Cell Phone** *                    **Email** *

**City** *

**State** *                         **Zip** *

--Select--

**Do you have a CDL-A?** *

Select an option

**How much CDL-A driving experience do you have?** *

**Are you willing to run with a team partner?** *

Select an option

☑ I hereby consent to receive auto-dialed and/or pre-recorded calls and/or
SMS (text messages) from or on behalf of Covenant at the telephone
number provided above.

Submit



APPLY NOW

CALL NOW

QUICK APP

## *Links*

🔍 Search Jobs
Driving Opportunities

## *Contact*

✏️ Driver Application
📳 (888) 477-1282

## *Site Use*

🛡️ Privacy Policy
📄 Affirmative Action Policy



APPLY NOW      CALL NOW      QUICK APP

🔍 SEARCH MORE JOBS     FOR STUDENTS

# *CDL-A Company Driver Team Dry Van OTR Job Opportunity*

**CDL-A TEAM DRIVER | HOME WEEKLY OR EVERY OTHER WEEK | UP TO $0.72/MILE**

**Home Time:** Weekly or Every Other Week depending on driver's domicile

CDL-A Team Drivers needed in your area. Covenant is the top teaming carrier in transportation. We've built our business on teaming and we are the leader in team freight.

**Compensation**

Drivers will earn up to $0.72/mile. Pay is based on verified experience.

**Benefits**

Covenant offers a comprehensive benefits program. On the 1st day of the month following 60 days of active service, you may elect to participate in the following employee benefit plans: Medical, Dental, Vision, Optional Life, Optional STD/LTD, and Flexible Spending Accounts. Following 180 days of active service, you may elect to participate in the company's 401(k) plan. If you miss the deadline, you will not be able to elect benefits until open enrollment of each year.

**Call 423-463-3081 to talk to one of our recruiters today!**

**About Covenant**



APPLY NOW                    CALL NOW                    QUICK APP

**you how we're dedicated to making things "Just Right" for you.**

Covenant is an Equal Opportunity Employer
M/F/Disability/Veteran
VEVRAA Federal Contractor



**Basic Requirements:**
- Must have a valid class A License
- Moving Violations: No more than 1 serious traffic violations in the last year.
- Accidents: No critical accidents in the last year
- DUI: None in the last 4 years

LeadFlex Job ID: 102613
External ID: 774
Post Date: 05/15/2024

APPLY NOW

CALL (888) 477-1282

*Quick App*



APPLY NOW

| CALL NOW |
| --- |

QUICK APP

**Cell Phone** *                    **Email** *

**City** *

**State** *                    **Zip** *

--Select--

**Do you have a CDL-A?** *

Select an option

**How much CDL-A driving experience do you have?** *

**Are you willing to run with a team partner?** *

Select an option

☑ I hereby consent to receive auto-dialed and/or pre-recorded calls and/or
SMS (text messages) from or on behalf of Covenant at the telephone
number provided above.

Submit



APPLY NOW                        CALL NOW                        QUICK APP

## *Links*

🔍 Search Jobs
Driving Opportunities

## *Contact*

✏️  Driver Application
📱  (888) 477-1282

## *Site Use*

🛡️  Privacy Policy
📄  Affirmative Action Policy



APPLY NOW

CALL NOW

QUICK APP

SEARCH MORE JOBS

FOR STUDENTS

# *CDL-A Company Driver Team Dry Van OTR Job Opportunity*

**CDL-A TEAM DRIVER | HOME WEEKLY OR EVERY OTHER WEEK | UP TO $0.72/MILE**

**Home Time:** Weekly or Every Other Week depending on driver's domicile

CDL-A Team Drivers needed in your area. Covenant is the top teaming carrier in transportation. We've built our business on teaming and we are the leader in team freight.

**Compensation**

Drivers will earn up to $0.72/mile. Pay is based on verified experience.

**Benefits**

Covenant offers a comprehensive benefits program. On the 1st day of the month following 60 days of active service, you may elect to participate in the following employee benefit plans: Medical, Dental, Vision, Optional Life, Optional STD/LTD, and Flexible Spending Accounts. Following 180 days of active service, you may elect to participate in the company's 401(k) plan. If you miss the deadline, you will not be able to elect benefits until open enrollment of each year.

**Call 423-463-3081 to talk to one of our recruiters today!**

**About Covenant**



APPLY NOW          CALL NOW          QUICK APP

**you how we're dedicated to making things "Just Right" for you.**

Covenant is an Equal Opportunity Employer
M/F/Disability/Veteran
VEVRAA Federal Contractor



**Basic Requirements:**
- Must have a valid class A License
- Moving Violations: No more than 1 serious traffic violations in the last year.
- Accidents: No critical accidents in the last year
- DUI: None in the last 4 years

LeadFlex Job ID: 102608
External ID: 774
Post Date: 05/15/2024

APPLY NOW

CALL (888) 477-1282

*Quick App*



APPLY NOW     CALL NOW     QUICK APP

**Cell Phone** *               **Email** *

**City** *

**State** *                **Zip** *

--Select--

**Do you have a CDL-A?** *

Select an option

**How much CDL-A driving experience do you have?** *

**Are you willing to run with a team partner?** *

Select an option

☑ I hereby consent to receive auto-dialed and/or pre-recorded calls and/or SMS (text messages) from or on behalf of Covenant at the telephone number provided above.

Submit



APPLY NOW

CALL NOW

QUICK APP

## *Links*

🔍 Search Jobs
Driving Opportunities

## *Contact*

✎ Driver Application
📞 (888) 477-1282

## *Site Use*

🛡 Privacy Policy
📄 Affirmative Action Policy



APPLY NOW            CALL NOW                QUICK APP

SEARCH MORE JOBS      FOR STUDENTS

## *CDL-A Company Driver Team Dry Van OTR Job Opportunity*

**CDL-A TEAM DRIVER | HOME WEEKLY OR EVERY OTHER WEEK | UP TO $0.72/MILE**

**Home Time:** Weekly or Every Other Week depending on driver's domicile

CDL-A Team Drivers needed in your area. Covenant is the top teaming carrier in transportation. We've built our business on teaming and we are the leader in team freight.

**Compensation**

Drivers will earn up to $0.72/mile. Pay is based on verified experience.

**Benefits**

Covenant offers a comprehensive benefits program. On the 1st day of the month following 60 days of active service, you may elect to participate in the following employee benefit plans: Medical, Dental, Vision, Optional Life, Optional STD/LTD, and Flexible Spending Accounts. Following 180 days of active service, you may elect to participate in the company's 401(k) plan. If you miss the deadline, you will not be able to elect benefits until open enrollment of each year.

**Call 423-463-3081 to talk to one of our recruiters today!**

**About Covenant**

Covenant



APPLY NOW          CALL NOW          QUICK APP

**you how we're dedicated to making things "Just Right" for you.**

Covenant is an Equal Opportunity Employer
M/F/Disability/Veteran
VEVRAA Federal Contractor



**Basic Requirements:**
- Must have a valid class A License
- Moving Violations: No more than 1 serious traffic violations in the last year.
- Accidents: No critical accidents in the last year
- DUI: None in the last 4 years

LeadFlex Job ID: 102617
External ID: 774
Post Date: 05/15/2024

APPLY NOW

CALL (888) 477-1282

*Quick App*



APPLY NOW        CALL NOW        QUICK APP

**Cell Phone** *                          **Email** *

**City** *

**State** *                               **Zip** *

--Select--

**Do you have a CDL-A?** *

Select an option

**How much CDL-A driving experience do you have?** *

**Are you willing to run with a team partner?** *

Select an option

☑ I hereby consent to receive auto-dialed and/or pre-recorded calls and/or
SMS (text messages) from or on behalf of Covenant at the telephone
number provided above.

Submit



APPLY NOW

CALL NOW

QUICK APP

## *Links*

🔍 Search Jobs

Driving Opportunities

## *Contact*

✏️ Driver Application

🔊 (888) 477-1282

## *Site Use*

🛡️ Privacy Policy

📄 Affirmative Action Policy

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## CERTIFICATE OF SERVICE

I, Jaclyn Blackwell, hereby certify and declare under penalty of perjury under the laws of the States of Washington and California that, on the 6th day of September, 2024, I caused to be electronically filed the foregoing First Amended Class Action Complaint for Violations of Washington's Wage Transparency Law with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Breanne Sheetz Martell, WSBA #39632
Derek A. Bishop, WSBA #39363
Madhura Panjini WSBA #54370
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101
Phone: (206) 623-3300
Email: bsmartell@littler.com
       debishop@littler.com
       mpanjini@littler.com

*Attorneys for Defendant*

I further certify that I mailed a true and correct copy of the foregoing to the following non-CM/ECF participants: N/A

Dated this 6th day of September, 2024, at Beverly Hills, California.

 */s/Jaclyn Blackwell*_____
Jaclyn Blackwell
*Office Manager*

PROOF OF SERVICE